

# Fourth Court of Appeals
## San Antonio, Texas

September 18, 2018

No. 04-17-00575-CV

**IN THE INTEREST OF V.M.T., A CHILD**,

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-13681
Honorable Cathleen M. Stryker, Judge Presiding

## O R D E R

Sitting:      Karen Angelini, Justice
               Rebeca C. Martinez, Justice
               Luz Elena D. Chapa, Justice

The panel has considered the appellee's motion for rehearing, and the motion is DENIED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of September, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court